# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MORGAN,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 10-5929-JST (JEM)<br><br>J U D G M E N T |

In accordance with the Amended Report and Recommendation of United States Magistrate Judge accepted in part by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings consistent with this Court's Order Accepting in Part Findings and Recommendations of United States Magistrate Judge.

DATED: March 29, 2012

                                           JOSEPHINE STATON TUCKER
                                           UNITED STATES DISTRICT JUDGE