JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
434 South Euclid Street, Suite 104
Anaheim, CA 92802
Telephone: (714) 491-4840
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

ANDRE BIROTTE, JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief Civil Division
GERALYN A. GULSETH, CSBN 160872
Special Assistant United States Attorney
          Social Security Administration
          Office of the General Counsel, Region IX
          160 Spear Street, St. 800
          San Francisco, CA 94105-1545
          E-Mail: geralyn.gulseth@ssa.gov
          Telephone: (415) 977-8873

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANIEL MORGAN,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO. CV 10-5929 JEM<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS ORDERED that EAJA fees and costs are awarded to the plaintiff consisting of Five Thousand Nine Hundred and Forty Five Dollars and Zero Cents ($5,945.00) in attorney fees and expenses and costs in the amount of Fifty Five Dollars and Zero Cents ($55), subject to the terms of the stipulation.

Dated: 6/26/2012             John E. McDermott
                             UNITED STATES MAGISTRATE JUDGE